IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER EDWARD JEROME BIEROS       :             CIVIL ACTION
                                               :
           v.                              :
KENNETH KYLER, SUPT. SCI-HUNTINGDON,  :
et al.                                         :             NO. 02-3822

## ORDER

AND NOW, this         day of June, 2002, it appearing that petitioner has filed a

petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that this petition was not filed with the current standard 28 U.S.C.

§2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, and

it further appearing that petitioner has neither requested leave to proceed in forma

pauperis nor paid the five dollar filing fee, it is hereby

ORDERED that the Clerk of Court furnish petitioner with the current forms for filing a

petition pursuant to 28 U.S.C. §2254 and bearing the above-captioned civil action number, and, it is

further

ORDERED that petitioner shall complete these forms as directed by Local Civil Rule 9.3

(that is, by setting forth his entire argument on the forms, without recourse to any attachments) and return

them to the Clerk of Court within thirty (30) days, together with either a completed in forma pauperis

application or a check for five dollars, or else this civil action will be dismissed.

_____
J. CURTIS JOYNER, J.