IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER EDWARD JEROME BIEROS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| KENNETH KYLER, SUPT. SCI-HUNTINGDON, | : | |
| et al. | : | NO. 02-3822 |

## ORDER

AND NOW, this           day of                    2002, it appearing that petitioner filed a petition in this court on June 17, 2002 for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that this petition was not filed with the <u>current</u> standard 28 U.S.C. §2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, and

it further appearing that on June 20, 2002, this court Ordered the Clerk to furnish petitioner with the current forms and Ordered petitioner to re-file using these current forms within thirty days, or else this civil action would be dismissed, and

it further appearing that the Clerk promptly complied with the Court's Order but that petitioner has not filed using the current forms, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
J. CURTIS JOYNER, J.