IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER EDWARD JEROME BIEROS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| KENNETH KYLER, SUPT. SCI-HUNTINGDON, | : | |
| et al. | : | NO. 02-3822 |

ORDER

      AND NOW, this _____ day of _____ 2002, it appearing that petitioner filed a petition in this court on June 17, 2002 for Habeas Corpus relief under 28 U.S.C. §2254, and

      it further appearing that this petition was not filed with the current standard 28 U.S.C. §2254 form, effective August 1, 2001, as required by Local Civil Rule 9.3, and

      it further appearing that on June 20, 2002, this court Ordered the Clerk to furnish petitioner with the current forms and Ordered petitioner to re-file using these current forms within thirty days, or else this civil action would be dismissed, and

      it further appearing that the Clerk promptly complied with the Court's Order but that whereas thirty days had elapsed without the return of the corrected form, this court dismissed this civil action without prejudice on July 26, 2002, and

      it further appearing that unbeknownst to the court, petitioner did in fact file on the corrected current forms on July 25, 2002 (the day before), and that that fact was not yet entered on the docket at the time this court took its action of July 26, 2002, it is hereby

      ORDERED that this court's Order in this matter of July 26, 2002 is VACATED, and, it is further

      ORDERED that this civil action is to be marked by the Clerk as REOPENED for all purposes.

                                                            _____
                                                            J. CURTIS JOYNER, J.