```
              IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER EDWARD JEROME BIEROS,        :       CIVIL ACTION
          Petitioner               :
                                   :
          VS.                      :
                                   :
SUPERINTENDENT KENNETH KYLER       :
(SCI at Huntingdon),               :
          AND                      :
THE DISTRICT ATTORNEY OF           :
THE COUNTY OF PHILADELPHIA,        :
          AND                      :
THE ATTORNEY GENERAL OF            :
THE STATE OF PENNSYLVANIA,         :
          Respondents              :       NO. 02-3822
```

ORDER

AND NOW, this 6th day of August, 2002, it is hereby ORDERED that the respondent(s) shall file a specific and detailed answer to petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, with the Clerk of this Court, within twenty (20) days from the date of this Order.

It is so ORDERED.

                                        BY THE COURT:


                                        _____
                                            CHARLES B. SMITH
                                        UNITED STATES MAGISTRATE JUDGE