IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROGER EDWARD JEROME BIEROS,          :      CIVIL ACTION
          Petitioner                 :
                                     :
     VS.                             :
                                     :
SUPERINTENDENT KENNETH KYLER         :
(SCI at Huntingdon),                 :
          AND                        :
THE DISTRICT ATTORNEY OF             :
THE COUNTY OF PHILADELPHIA,          :
          AND                        :
THE ATTORNEY GENERAL OF              :
THE STATE OF PENNSYLVANIA,           :
          Respondents                :      NO. 02-3822
```

ORDER

AND NOW, this 23rd day of October, 2002, it is hereby ORDERED that petitioner's "Motions for an Expeditious Application of Rules Governing Magistrate's Report and Preclusion of Respondent from Seeking/Obtaining Extensions to Further Thwart Pro Se Attempts for Relief" filed on August 26, 2002 (document #9) and August 28, 2002 (document #11) are DENIED.

It is so ORDERED.

BY THE COURT:


_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE