IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROGER EDWARD JEROME BIEROS,      :      CIVIL ACTION
          Petitioner             :
                                 :
     VS.                         :
                                 :
SUPERINTENDENT KENNETH KYLER     :
(SCI at Huntingdon),             :
          AND                    :
THE DISTRICT ATTORNEY OF         :
THE COUNTY OF PHILADELPHIA,      :
          AND                    :
THE ATTORNEY GENERAL OF          :
THE STATE OF PENNSYLVANIA,       :
          Respondents            :      NO. 02-3822
```

ORDER

AND NOW, this 23rd day of October, 2002, upon consideration of petitioner's Petition for Writ of Habeas Corpus, and after a thorough investigation of the procedural history of the instant habeas petition, it is hereby ORDERED that petitioner's motion for appointment of counsel filed with the Clerk on October 21, 2002 (document #12), is DENIED, since there is no automatic right to counsel in a federal habeas corpus proceeding. Reese v. Fulcomer, 946 F.2d 247, 263 (3d Cir. 1991).

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE